Richard A. Whitaker (SBN58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237

Attorney for Plaintiff:
**Raymond Sharp**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raymond Sharp,**        Plaintiff<br><br>v.<br><br>**Carolyn W. Colvin,**        Acting Commissioner of Social Security<br><br>        Defendant | **Case No.:** 2:14-CV-00468-EFB<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND AND ~~PROPOSED~~ ORDER** |

The parties, through counsel, stipulate to a 30-day extension of time in which plaintiff may file his Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to August 19, 2014.

Respectfully submitted,

July 16, 2014                              /s/ Richard A. Whitaker
                                           Richard Allen Whitaker, Esq.
                                           Attorney for Plaintiff


Dated: July 16, 2014                       Benjamin B. Wagner
                                           United States Attorney


                                           /s/Jeffery Chen
                                           Jeffrey Chen
                                           Special Assistant U.S. Attorney

ORDER

Dated:  July 21, 2014.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE