BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| RAYMOND L. SHARP, | ) | No. 2:14-cv-00468-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER** |
| | ) | **FOR A FIRST EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because he has over eight cases to brief in the month of September, resulting in a very heavy workload despite due diligence in managing his calendar.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, October 8, 2014.

Respectfully submitted,

Date: *September 9, 2014*     LAW OFFICES OF RICHARD WHITAKER

By:   */s/ Richard Whitaker*
      RICHARD WHITAKER
      *\* By email authorization on Sept. 9, 2014*
      Attorney for Plaintiff

Date: *September 9, 2014*     BENJAMIN B. WAGNER
                              United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: September 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE