BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| RAYMOND L. SHARP, | ) | No. 2:14-cv-00468-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time to carefully consider the issues raised by Plaintiff because of an unusually long certified administrative record totaling 936 pages.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, November 7, 2014.

Respectfully submitted,

Date: *October 31, 2014*  LAW OFFICES OF RICHARD WHITAKER

By: */s/ Richard Whitaker\**
RICHARD WHITAKER
*\* By email authorization on Oct. 31, 2014*
Attorney for Plaintiff

Date: *October 31, 2014*  BENJAMIN B. WAGNER
United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: November 3, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2